# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0097. RONALD WHITE et al. v. ENTERPRISE HOLDINGS, INC. et al.**

Ronald White filed this application for discretionary review of the trial court's order denying his renewed motion for partial summary judgment. The denial of a motion for summary judgment, however, must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) – including obtaining a certificate of immediate review from the trial court. See OCGA § 9-11-56 (h); *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see also *First Nat. Bank of Atlanta v. Ferrell*, 239 Ga. 8, 9 (235 SE2d 507) (1977). White's failure to follow the required appellate procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Pace Constr. Corp.*, 215 Ga. App. at 439-440.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*